1 BENJAMIN B. WAGNER
United States Attorney
2 NIRAV K. DESAI
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2716
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 2:91-CR-00030 WBS |
| 12                 Plaintiff, | **ORDER DISMISSING INDICTMENT AGAINST DEFENDANT SALVADOR SANDOVAL** |
| 13     v. | |
| 14 SALVADOR SANDOVAL, et al., | |
| 15                Defendant. | |

16

17     For the reasons set forth in the motion to dismiss filed by the United States, the charges against

18 defendant **SALVADOR SANDOVAL** in the pending Indictment, are hereby DISMISSED and any

19 outstanding arrest warrant is recalled.

20

21 Dated: July 25, 2013

22 _____
WILLIAM B. SHUBB
23 UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1